34 N.J. 472 (1961)
169 A.2d 746
JOSEPH W. MAHON, JR., ET AL., PLAINTIFFS-RESPONDENTS,
v.
AMERICAN CASUALTY COMPANY, DEFENDANT-PETITIONER.
The Supreme Court of New Jersey.
April 10, 1961.
Messrs. Carpenter, Bennett & Morrissey, Mr. Richard H. Hughes and Mr. N. Louis Paladeau for the petitioner.
Messrs. Hayden & Gillen for the respondent.
Denied. The case is controlled by Kievit v. Loyal Protective Life Insurance Company, 34 N.J. 475, decided this day.